In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-11-00282-CV

_____

**ELEXIS WHITE, Appellant**

**V.**

**AUDREY NELDA DAVENPORT, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 08-10-09958 CV**

**OPINION ON REMAND**

This Court reversed the trial court's judgment and remanded the case to the trial court. The parties before the Court then settled the issues between them and filed a joint motion for reconsideration. This Court denied reconsideration in this interpleader action. The parties filed a joint petition for review with the Texas Supreme Court. The Supreme Court vacated our judgment without consideration of the merits and remanded the case to this Court. The Supreme Court ordered this

1

Court to render judgment pursuant to the parties' settlement agreement. *See* Tex. R. App. P. 56.3.

In this Court and the Supreme Court, the parties to this appeal have filed documents stating their settlement agreement provides that the trial court's judgment not be reversed and that the trial court's judgment be allowed to become final. The parties also state they are not requesting, and their settlement agreement does not provide, that our September 13, 2012 Opinion, explaining the reasons for reversal of the trial court's judgment, be withdrawn. The parties' "Addendum to Mediated Settlement Agreement" provides that they "do not wish to have the appellate decision reconsidered[.]" The "Addendum" provides in part: "It is the intent of the parties that the judgment of the trial court in Montgomery County should not be set aside and that the trial court's judgment should become final, and that the rules of law announced in the appellate opinion should be published."

In response to the petition for review, the Supreme Court has vacated this Court's judgment and has ordered this Court to render judgment on appeal in accordance with the parties' agreement. As required by the Supreme Court of Texas, this Court renders judgment "pursuant to the parties' settlement agreement." Our Opinion of September 13, 2012, is not withdrawn, but this

Opinion on Remand is added to the Opinion to explain this Court's judgment of dismissal issued on this date. The appeal is dismissed. *See* Tex. R. App. P. 56.3.

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered March 28, 2013

Before Gaultney, Kreger, and Horton, JJ.